1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   PAUL S. COWIE, Cal. Bar No. 250131
3  BROOKE S. PURCELL, Cal. Bar No. 260058
   AMANDA E. BECKWITH, Cal. Bar No. 312967
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
5  Telephone:  415.434.9100
   Facsimile:  415.434.3947
6  Email:        pcowie@sheppardmullin.com
             bpurcell@sheppardmullin.com
7              abeckwith@sheppardmullin.com

8  Attorneys for
   PETSMART, INC.
9

10             **UNITED STATES DISTRICT COURT**

11         **NORTHERN DISTRICT OF CALIFORNIA**

12            **SAN FRANCISCO DIVISION**

13

14  KRISTINA CLARK on behalf of
   herself and all others similarly situated,
15
          Plaintiff,
16
      v.
17

18  PETSMART, INC., a Delaware
   corporation and DOES 1 through 50,
19  inclusive,

20           Defendants.

Case No.

**DEFENDANT PETSMART, INC.'S CORPORATE DISCLOSURE STATEMENT**

21

22

23

24

25

26

27

28

-1-

1     Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable

2 judges and magistrate judges of this Court to evaluate possible disqualification or

3 recusal, the undersigned counsel for Defendant PetSmart, Inc., provides this

4 Corporate Disclosure Statement:

5     Argos Holdings Inc. is the parent company of Defendant and owns 100% of

6 Defendant's stock. Defendant further certifies that there is no publicly held company

7 that owns more than 10% of Defendant's stock.

8

9 Dated: May 5, 2020          SHEPPARD. MULLIN. RICHTER & HAMPTON LLP

10

                By: _____*/s/ Amanda E. Beckwith*_____

11                          PAUL S. COWIE

                       BROOKE S. PURCELL

12                       AMANDA E. BECKWITH

13                   Attorneys for Defendant

14                     PETSMART, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SMRH:4833-9677-0233.1            CORPORATE DISCLOSURE STATEMENT